## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Green v. Quiros                                                    Docket No.: 26-865

Lead Counsel of Record (name/firm) or Pro se Party (name): Dennis V. Mancini/Connecticut Office of the Attorney General

Appearance for (party/designation): Defendants/Appellees: Commissioner Quiros, Warden Caron, Deputy Warden Ogando, Correctional Officer Starzyk, Correctional Officer Coggeshall

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.   Please change the following parties' designations:
        Party                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____                    Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
November 21, 2022 _____ OR that ( ) I applied for admission on _____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Dennis V. Mancini
Type or Print Name: Dennis V. Mancini
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on April 6, 2026, I served a copy of **Acknowledgment and Notice of Appearance** by First-class United States Mail, postage prepaid, on the following parties:

Courtney Green
30 Trowel Street
Bridgeport, CT 06607

*/s/ Dennis V. Mancini*

Dennis V. Mancini
Assistant Attorney General