**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-six,

_____

| | |
|---|---|
| Courtney Green, | **ORDER** |
| | Docket No. 26-865 |
|     Plaintiff - Appellant, | |
| | |
| v. | |
| | |
| Commissioner Quiros, Warden Caron, Deputy Warden Ogando, Correctional Officer Starzyk, Correctional Officer Coggeshall, | |
| | |
|     Defendants - Appellees. | |

_____

Appellant Courtney Green has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting July 15, 2026 as the brief and joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

