

OFFICE OF THE ATTORNEY GENERAL
STATE OF CONNECTICUT

OWEN R. EAGAN
ASSISTANT ATTORNEY GENERAL

July 20, 2026

**BY E-FILING**

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

**SCHEDULING NOTIFICATION**

Re: *Green v. Quiros, et al.*, No. 26-865

Dear Ms. Wolfe,

Pursuant to Local Rule 31.2(a)(1)(B), the Defendant-Appellees, Commissioner Quiros; Warden Caron; Deputy Warden Ogando; Correction Officer Starzyk; and Correction Officer Coggeshall, hereby file their scheduling request. The Defendant-Appellees respectfully request that they be allowed until and including October 16, 2026, to file their brief in this matter. That date is 91 days from July 17, 2026, the date on which the Plaintiff-Appellant filed his initial brief.

Very Truly Yours,

*Owen R. Eagan*

Owen R. Eagan
Assistant Attorney General

cc: Courtney Green
30 Trowel Street
Bridgeport, CT 06607

165 Capitol Avenue
Hartford, Connecticut 06106
*An Affirmative Action/Equal Opportunity Employer*

# CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit on the 20th day of July 2026, and was also served on that date by first class mail, postage prepaid, to the following self-represented party in accordance with the Federal Rules of Appellate Procedure:

Courtney Green
30 Trowel Street
Bridgeport, CT 06607

/s/ Owen R. Eagan
Owen R. Eagan
Assistant Attorney General