# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Green v. Quiros _____ Docket No.: 26-865 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph Gaylin

Firm: American Civil Liberties Union Foundation of Connecticut

Address: PO Box 230178 Hartford, CT 06123

Telephone: 860-471-8478 ________________________ Fax: ________

E-mail: jgaylin@acluct.org

**Appearance for:** American Civil Liberties Union of Connecticut
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☐ Additional counsel (co-counsel with: ____________________)
(name/firm)

☑ Amicus (in support of: Courtney Green/ Plaintiff-Appellant )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on N/A OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Joseph Gaylin

Type or Print Name: Joseph Gaylin