**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-865

Caption [use short title]: Green v. Quiros

**Motion for:** leave to file an amici curiae brief in support of plaintiff-appellant Courtney Green and reversal

Set forth below precise, complete statement of relief sought:

Leave to file the attached amici curiae brief

**MOVING PARTY:** ACLU-CT and ACLU-VT

**OPPOSING PARTY:**

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joseph Gaylin

**OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

American Civil Liberties Union Foundation of Connecticut

PO Box 230178 Hartford, CT 06123

jgaylin@acluct.org 860-471-8478

Court- Judge/ Agency appealed from: United States District Court for the District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): Defendants-appellees stated they take no position

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**

Joseph Gaylin Digitally signed by Joseph Gaylin Date: 2026.07.20 14:29:29 -04'00' **Date:** 7/20/26

Service : ☒ Electronic ☐ Other [Attach proof of service]