# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-six.

_____

Courtney Green,

                Plaintiff - Appellant,

   v.

Commissioner Quiros, Warden Caron, Deputy Warden Ogando, Correctional Officer Starzyk, Correctional Officer Coggeshall,

                Defendants - Appellees.

_____

**ORDER**

Docket No. 26-865

The American Civil Liberties Union of Connecticut and American Civil Liberties Union of Vermont move for leave to file an amicus brief in support of the Appellant.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court